AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| James, Robert G | U.S. District Court, Louisiana | 05/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. Courthouse <br> 201 Jackson Street, Suite 201 <br> Monroe, LA 71201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | James Real Estate |
| 2. Partner | Judd & Company |
| 3. Member | James Minerals, LLC |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Louisiana State Employees Retirement System |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 P 12: 06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Louisiana State Employees Retirement System | $ 30043.00 |
| 2. 2006 | James Minerals, LLC (partnership income) | $ 1658.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Lincoln Parish District Attorney |
| 2. 2006 | State of Louisiana |
| 3. 2006 | James Minerals, LLC (partnership income) |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Timber Property, Vienna, La (Woodvale) | | None | K | W | | | | | |
| 2. Timber Property, Union Parish, La. (cabin) | | None | K | W | | | | | |
| 3. 50% interest in Lake House, Farmerville, La. (camp) | | None | K | W | | | | | |
| 4. James Real Estate | E | Rent | N | W | | | | | |
| 5. | A | Royalty | | | | | | | |
| 6. Judd & Company (17.10%) | C | Royalty | M | W | | | | | |
| 7. JP Morgan Chase, Accounts | A | Interest | J | T | | | | | |
| 8. Undeveloped Property, Lincoln Parish, LA (1/3 int.) (Slaton) | | None | J | W | | | | | |
| 9. ▆▆▆, Bienville Parish, La (1/3 int.) (Weyerheauser) | | None | J | W | | | | | |
| 10. Timber Property #1, Bienville Parish, La (1/3 int.)(Smelly) | | None | K | W | | | | | |
| 11. Timber Property #2, Bienville Parish, La (1/3 int.) (Neal) | | None | J | W | | | | | |
| 12. ▆▆▆ Union Parish, LA (Middle Fork) | | None | M | W | timber sale | 09/30 | K | A | Ewing Timber |
| 13. Undeveloped property, Jackson Parish, LA (1/3 int.) (farm) | | None | J | W | partial sale | 12/30 | J | A | State of Louisiana |
| 14. IRA #3 | A | Dividend | K | T | | | | | |
| 15. -Fidelity Investments-Four-In-One Index | | | | | | | | | |
| 16. Merrill Lynch - Brokerage Account #2 | | | | | | | | | |
| 17. -Automatic Data Proc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pepsico Inc | A | Dividend | J | T | | | | | |
| 19. -CMA Money Fund | B | Interest | L | T | | | | | |
| 20. -Berkshire Hathaway Club | | None | | | sale | 02/08 | J | B | |
| 21. -Encana Corp | A | Dividend | J | T | | | | | |
| 22. -Newmont Mining Corp | A | Dividend | | | sale | 05/16 | J | C | |
| 23. -Renal Care Group, Inc. | | None | | | sale | 0403 | K | D | |
| 24. -AFLAC Inc | A | Dividend | J | T | | | | | |
| 25. -Biomet Inc | A | Dividend | J | T | | | | | |
| 26. -I Shares RUS MDCP VAL | A | Dividend | K | T | | | | | |
| 27. -United Parcel Svc | A | Dividend | | | sale | 02/08 | J | A | |
| 28. -BCE Inc | A | Dividend | J | T | | | | | |
| 29. -I Shares MSCI Japan Index | A | Dividend | K | T | | | | | |
| 30. -Diageo PLC SPSD | A | Dividend | J | T | purchase | 05/30 | J | | |
| 31. Fidelity Investments - Brokerage Account #3 | | | | | | | | | |
| 32. -Cash Account - Fidelity Investments | B | Interest | L | T | | | | | |
| 33. -Berkshire Hathaway | | None | | | sale | 02/08 | J | B | |
| 34. -Japan Fund Class S | | None | | | sale | 01/05 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Equitable Res Inc | A | Dividend | K | T | | | | | |
| 36. -Dentsply Intl Inc | A | Dividend | J | T | | | | | |
| 37. -Devon Energy | A | Dividend | K | T | | | | | |
| 38. -Vanguard Energy | A | Dividend | | | sale | 04/10 | J | D | |
| 39. -Rydex URSA | A | Dividend | K | T | partial sale | 01/17 | K | A | |
| 40. | | | | | purchase | 06/20 | K | | |
| 41. | | | | | partial sale | 10/31 | K | A | |
| 42. -T Rowe Price New Asia | B | Dividend | K | T | | | | | |
| 43. -ISHARES TR Dow Jones | A | Dividend | K | T | purchase | 01/30 | K | | |
| 44. -Wal-Mart | A | Dividend | J | T | purchase | 02/02 | J | | |
| 45. -Matthews Japan Fund | | None | K | T | purchase | 01/06 | K | | |
| 46. Community Trust Bank, Accounts | A | Interest | L | W | | | | | |
| 47. Jackson Parish, LA property (1/6 int) (Hutcheson) | | None | J | W | | | | | |
| 48. Jackson Parish, LA property (1/3 int) (Steele/Sherrard) | | None | J | W | | | | | |
| 49. Jackson Parish, LA property (1/3 int) (Steele Hard 40) | | None | J | W | | | | | |
| 50. Jackson Parish, LA property (1/3 int) (Cottage) | | None | | | sale | 03/06 | J | A | C H Allen, Jr |
| 51. Jackson Parish, LA property (1/3 int) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (Goodwood) | | | | | | | | | |
| 52. Bienville Parish, LA property (1/3 int) (Gibson) | | None | K | W | | | | | |
| 53. Bienville parish, LA property (1/3 int) (Gates) | | None | J | W | | | | | |
| 54. Bienville Parish, LA timber property (1/3 int) (Hampton) | | None | K | W | | | | | |
| 55. Union Parish, LA property (Franklin) | C | Rent | J | W | partial sale | 06/22 | J | B | Boardwalk Pipeline |
| 56. Fuller Estate (1/4 int) | D | Rent | M | W | | | | | |
| 57. Lincoln Parish, LA property ▓▓▓▓▓ | | None | | | purchase | 05/15 | M | | Rodney Plummer |
| 58. | | | | | sale | 08/08 | M | A | Caleb Seney |
| 59. Lincoln Parish, LA mineral interest (1/3 int) "X" | D | Rent | J | W | | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 7, line 59 - This asset is a mineral interest which was retained from a land sale on property which was sold in 2001. 2006 is the first year which any income was made from this mineral interest and no value was assigned to this property in previous years.

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date___ *May 11, 2007*

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544